UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY F. GREENLAND,

       Plaintiff,

Case No. 5:06-cv-2

v.

Hon. Wendell A. Miles

VAN RU CREDIT CORPORATION,
CALIFORNIA STUDENT AID COMMISSION,
EATON RAPIDS PUBLIC SCHOOLS,
UNITED STATES DEPARTMENT OF EDUCATION,
and UNITED STATES DEPARTMENT OF TREASURY,

       Defendants.
_____/

## SUPPLEMENTAL ORDER

For the reasons discussed in the opinion and order entered on November 29, 2007, which granted the motion for summary judgment filed by Van Ru Credit Corporation and the California Student Aid Commission, the motion for summary judgment (docket # 50) is GRANTED with respect to the California Student Aid Commission.

So ordered this 4th day of December, 2007.

        /s/ Wendell A. Miles
        Wendell A. Miles
        Senior U.S. District Judge